# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> XIAN SHENG CHEN, *et al.,* <br><br> Defendants. | Case No.: 2:20-cv-00472-JCM-VCF <br><br> **ORDER GRANTING PLAINTIFF'S** *EX PARTE* **MOTION FOR TEMPORARY RESTRAINING ORDER** |

**UPON CONSIDERATION** of the motion filed by Plaintiff Las Vegas Sands Corp. ("Las Vegas Sands") for a temporary restraining order, the supporting memoranda of points and authorities, the supporting declarations, the record in this case, and for compelling reasons and good cause shown;

**THE COURT HEREBY FINDS THAT**:

1. Las Vegas Sands will suffer irreparable injury if Defendants are not temporarily enjoined from transferring the domain names identified at the end of this Order (collectively, the "Domains") to domain name registrars or persons or entities located outside the Court's jurisdiction;

2. Las Vegas Sands is likely to succeed on the merits of its Lanham Act claims for trademark infringement, brought pursuant to 15 U.S.C. §§ 1114(a), 1125(a)(1)(A), and 1125(c);

3. The balance of hardships tips in Las Vegas Sands' favor because a temporary restraining order would merely place the Domains on hold and lock, and the failure to issue a temporary restraining order would cause Las Vegas Sands to suffer additional irreparable injury and incur additional expense if the Domains are transferred to other registrars or registrants outside of the Court's jurisdiction during the pendency of this action, requiring Las Vegas Sands to file additional lawsuit(s) in other jurisdictions;

4. The issuance of a temporary restraining order is in the public interest because it would protect consumers against deception and confusion arising from the use of Las Vegas

Sands' trademarks for online gaming websites that are not associated with Las Vegas Sands; and

5. Defendants will suffer minimal damage, if any damage at all, by the issuance of a temporary restraining order (and, therefore, a nominal bond is appropriate security.)

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The registrar, GoDaddy.com, LLC and registry of the Domains, VeriSign, Inc., shall place the domain names on hold and lock, pending further Order of the Court;

2. Upon the issuance of this order, Las Vegas Sands shall deposit $100 with the Clerk of the Court as security for this temporary restraining order;

3. Plaintiff shall serve Defendants with a copy of the Complaint, the Motion for Preliminary Injunction, and this Order by __March 23__, 2020.

4. Defendants shall each file and serve their briefs opposing Las Vegas Sands' Motion for Preliminary Injunction, if any, no later than __April 1__, 2020;

5. Las Vegas Sands shall file and serve its reply brief in support of its motion for preliminary injunction no later than __April 6__, 2020; and

6. The parties shall appear for hearing and oral argument on Las Vegas Sands' motion for preliminary injunction on __April 10__, 2020, at __11:00 a.m.__ in Courtroom __6A__, at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada.

_____
UNITED STATES DISTRICT JUDGE

Dated: __March 17, 2020__

110756267.1

# EXHIBIT A

# DOMAINS TO BE TEMPORARILY LOCKED

| Domains | Registrant | Registrant Email |
|---|---|---|
| w778800.com | Xian Sheng Chen | 29883176@qq.com |
| w778811.com | Xian Sheng Chen | 29883176@qq.com |
| w778822.com | Xian Sheng Chen | 29883176@qq.com |
| w778833.com | Xian Sheng Chen | 29883176@qq.com |
| w778844.com | Xian Sheng Chen | 29883176@qq.com |
| w778855.com | Xian Sheng Chen | 29883176@qq.com |
| w778866.com | Xian Sheng Chen | 29883176@qq.com |
| w778877.com | Xian Sheng Chen | 29883176@qq.com |
| tz.amjs78332.com | sha'sha jin | js2979ha@gmail.com |
| 11aa8331.com | Jie Luo | baoma5350@gmail.com |
| 11bb8331.com | Registration Private | 11bb8331.com@domainsbyproxy.com |
| 11cc8331.com | Registration Private | 11cc8331.com@domainsbyproxy.com |
| 11dd8331.com | Registration Private | 11dd8331.com@domainsbyproxy.com |
| 11ee8331.com | Registration Private | 11ee8331.com@domainsbyproxy.com |
| 8332.com | Registration Private | 8332.com@domainsbyproxy.com |
| jj8js.com | meng lui | js2018825@gmail.com |
| jj8.com | bingjian wang | 978888118qq.com |
| 3616a.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616b.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616c.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616d.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616e.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616f.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616g.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616h.com | Xiao Yang Xiang | xxy930808@gmail.com |

110756267.1

| Domains | Registrant | Registrant Email |
|---|---|---|
| 3616j.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616k.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616l.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616n.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616o.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616p.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616q.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616r.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616s.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616t.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616u.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616v.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616x.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616y.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 3616z.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 9998900.com | Xiao Yang Xiang | xxy930808@gmail.com |
| 616201.com | tianxia zhang | xiaohuining@outlook.com |
| 1764.com | tianxia zhang | xiaohuining@outlook.com |
| 10050451.com | Registration Private | 10050451.com@domainsbyproxy.com |
| 10050452.com | Registration Private | 10050452.com@domainsbyproxy.com |
| 1005net-11uftrtyrsxcujuydfgzcvoqgfkish.com | Registration Private | 1005net-11uftrtyrsxcujuydfgzcvoqgfkish.com@domainsbyproxy.com |
| 10050453.com | Registration Private | 10050453.com@domainsbyproxy.com |
| 10050454.com | Registration Private | 10050454.com@domainsbyproxy.com |
| 1005cm-13sadfadssdxczfvadsfasdfasdcac.com | Registration Private | 1005cm-13sadfadssdxczfvadsfasdfasdcac.com@domainsbyproxy.com |
| 10050455.com | Registration Private | 10050455.com@domainsbyproxy.com |
| 1005vip-13qwerfsxhggkbjloibjhgdcdaszrs.com | Registration Private | 1005vip-13qwerfsxhggkbjloibjhgdcdaszrs.com@domainsbyproxy.com |

110756267.1

| Domains | Registrant | Registrant Email |
|---|---|---|
| 10050456.com | Registration Private | 10050456.com@domainsbyproxy.com |
| 1005cm-1sadfadssdxczfvadsfasdfasdcac.com | Registration Private | 1005cm-1sadfadssdxczfvadsfasdfasdcac.com@domainsbyproxy.com |
| 10050457.com | Registration Private | 10050457.com@domainsbyproxy.com |
| 1005am-11qazxswedcvfrtgbnhyujmkiolpp.com | Registration Private | 1005am-11qazxswedcvfrtgbnhyujmkiolpp.com@domainsbyproxy.com |
| 10050458.com | Registration Private | 10050458.com@domainsbyproxy.com |
| 1005vip-14qwerfsxhggkbjloibjhgdcdaszrs.com | Registration Private | 1005vip-14qwerfsxhggkbjloibjhgdcdaszrs.com@domainsbyproxy.com |
| 10050459.com | Registration Private | 10050459.com@domainsbyproxy.com |
| 1005j.com | Registration Private | 1005j.com@domainsbyproxy.com |
| 5009ss.com | Registration Private | 5009ss.com@domainsbyproxy.com |
| jsc6688.com | Registration Private | jsc6688.com@domainsbyproxy.com |

110756267.1