# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br> v. <br> XIAN SHENG CHEN, *et al*., <br><br> Defendants. | Case No. 2:20-cv-00472-JCM-VCF <br><br> **ORDER** |

Presently before the court is the matter of *Las Vegas Sands Corp. v. Chen et al.*, case number 2:20-cv-00472-JCM-VCF. On March 17, 2020, Las Vegas Sands Corp. ("plaintiff") moved for a temporary restraining order ("TRO") (ECF No. 11), which the court granted.

Federal Rule of Civil Procedure 65(b)(2) provides that a temporary restraining order expires 14 days after entry "unless before that time the court, for good cause, extends it for a like period." Fed. R. Civ. P. 65.

Here, the TRO is set to expire on March 31, 2020. Due to the court's current scheduling procedures in light of the novel strain of coronavirus COVID-19, good cause exists to extend the TRO for an additional 14 days, to April 14, 2020.

Accordingly,

IT IS ORDERED ADJUDGED AND DECREED that the TRO be, and the same hereby is, CONTINUED for an additional 14 days to April 15, 2020.

DATED THIS 17th day of March 2020.

JAMES C. MAHAN  
UNITED STATES DISTRICT JUDGE