**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS SANDS CORP.,<br><br>    Plaintiff,<br><br>v.<br><br>XIAN SHENG CHEN, *et al.*,<br><br>    Defendants. | Case No.: 2:20-cv-00472-JCM-VCF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO RESET DATES FOR SERVICE OF MOTION FOR PRELIMINARY INJUNCTION AND ACCOMPANYING BRIEFING SCHEDULE** |

**UPON CONSIDERATION** of the motion filed by Plaintiff Las Vegas Sands Corp. ("Las Vegas Sands") to reset the deadlines associated with service and briefing for the motion for preliminary injunction, the supporting memoranda of points and authorities, the record in this case, and for good cause shown;

**THE COURT HEREBY ORDERS THAT**:

1. Plaintiff shall serve Defendants with a copy of the Complaint, the Motion for Preliminary Injunction, and this Order by __March 27__, 2020.

2. Defendants shall each file and serve their briefs opposing Las Vegas Sands' Motion for Preliminary Injunction, if any, no later than __April 3__, 2020;

3. Plaintiff shall file and serve its reply brief in support of its motion for preliminary injunction no later than __April 7__, 2020; and

4. The parties shall appear for hearing and oral argument on Las Vegas Sands' motion for preliminary injunction on __April 10__, 2020, at __11:00 a.m.__ in Courtroom __6A__, at the Lloyd D. George Federal Courthouse, 333 South Las Vegas Boulevard, Las Vegas, Nevada.

_____
**UNITED STATES DISTRICT JUDGE**

Dated: __March 26, 2020__

1

110803808.1