UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>XIAN SHENG CHEN, SHA'SHA JIN, JIE LUO, MENG LUI, BINGJIAN WANG, XIAO YANG XIANG, TIANXIA ZHANG; AND THE UNKNOWN REGISTRANTS OF: 11BB8331.COM, 11CC8331.COM, 11DD8331.COM, 11EE8331.COM, 8332.COM, 10050451.COM, 10050452.COM, 1005NET-11UFTRTYRSXCUJUYDFGZC.COM, VOQGFKISH.COM, 10050453.COM, 10050454.COM, 1005CM-13SADFADSSDXCZFVADSFASDFASDCAC.COM, 10050455.COM, 1005VIP-13QWERFSXHGGKBJLOIBJHGDCDASZRS.COM, 10050456.COM, 1005CM-1SADFADSSDXCZFVADSFASDFASDCAC.COM, 10050457.COM, 1005AM-11QAZXSWEDCVFRTGBNHYUJMKIOLPP.COM, 10050458.COM, 1005VIP-14QWERFSXHGGKBJLOIBJHGDCDASZRS.COM, 10050459.COM, 1005J.COM, 5009SS.COM, JSC6688.COM,<br><br>　　Defendants. | Case No. 2:20-cv-00472-JCM-VCF<br><br>**FINAL JUDGMENT BY DEFAULT AND PERMANENT INJUNCTION** |

The Clerk of the Court having entered the default of Defendants Xian Cheng Chen, Sha'sha Jin, Jie Luo, Meng Lui, Bingjian Wang, Xiao Yang Xiang, Tianxia Zhang, and unknown registrants of 11bb8331.com, 11cc8331.com, 11dd8331.com, 11ee8331.com, 8332.com, 10050451.com, 10050452.com, 1005net-11uftrtyrsxcujuydfgzc.com, Voqgfkish.com, 10050453.com, 10050454.com, 1005cm-13sadfadssdxczfvadsfasdfasdcac.com, 10050455.com, 1005vip-13qwerfsxhggkbjloibjhgdcdaszrs.com, 10050456.com, 1005cm-1sadfadssdxczfvadsfasdfasdcac.com, 10050457.com, 1005am-11qazxswedcvfrtgbnhyujmkiolpp.com, 10050458.com, 1005vip-14qwerfsxhggkbjloibjhgdcdaszrs.com, 10050459.com, 1005j.com, 5009ss.com, and Jsc6688.com (collectively, the "Defendants"), Plaintiff Las Vegas Sands Corp. ("Plaintiff" or "Las Vegas Sands") having moved the Court for entry of a final judgment by default against Defendants, and the Court having considered

Plaintiff's motion, the accompanying memorandum of points and authorities, the papers and pleadings on file in this case, and for good cause shown, the Court hereby **FINDS** as follows:

1. Plaintiff Las Vegas Sands has alleged meritorious claims for trademark counterfeiting, trademark infringement claims, and common law trademark and unfair competition claims.

2. Las Vegas Sands is the owner of common law and registered trademark rights in the SANDS mark, "Jinsha" mark, the VENETIAN mark, and the wing lion design mark. In addition, , Las Vegas Sands owns U.S. trademark registrations for these marks. These trademark registrations include, among others, the following:

| Mark | U.S. Reg. No. | First Use | Goods and Services |
| --- | --- | --- | --- |
| Sands (logo) | 1,209,102 | 1/1/1952 | "Entertainment services-namely, providing stage show, gambling and casino services . . . ." |
| SANDS | 3,734,615 | 12/31/1952 | "[P]roviding casino and gaming services; providing casino and gambling facilities . . . ." |
| Sands (logo) | 3,838,397 | 11/30/1996 | "Casino services...." |
| SANDS | 3,850,500 | 11/30/1996 | "Casino services..." |
| VENETIAN | 2,507,363 | 5/4/1999 | "Casino and gaming services…" |
| THE VENETIAN | 2,507,362 | 5/4/1999 | "Casino and gaming…" |
| (winged lion design) | 2,352,445 | 6/19/1999 | "Casino and gaming services…" |
| THE VENETIAN (with winged lion) | 2,655,917 | 5/04/1999 | "Casino and gaming services…" |

All of the aforementioned marks are collectively referred to herein as the "SANDS Marks."

/ / /

/ / /

3. Las Vegas Sands will suffer irreparable injury to its valuable trademarks and associated goodwill if the Defendants are not enjoined because an injunction appears to be the only effective remedy and absent an injunction, Defendants will likely continue to use the SANDS Marks and continue to cause reputational damage to Las Vegas Sands;

4. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered, and will continue to suffer, monetary loss and irreparable injury to its business, reputation, and goodwill.

5. The balance of hardships favors Plaintiff.

6. Entry of a permanent injunction is in the public interest.

**NOW THEREFORE**, it is **ORDERED, ADJUDGED, AND DECREED** that Plaintiff shall take judgment against Defendants, and further that:

A. Pursuant to 15 U.S.C. § 1117(a)-(c), Defendants are ordered to pay to Plaintiff statutory damages in the amount of $2,000,000;

B. Pursuant to 15 U.S.C. § 1116, Defendants and their respective officers, agents, servants, employees, attorneys, and all persons, corporations, business entities, and other associations of persons who are in active concert or participation with Defendants (the "Restrained Parties"), are hereby permanently enjoined and restrained from:

1. Using the SANDS Marks or the any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce, including, without limitation, on any website, in any domain name, in any social network user name, in any hidden website text, or in any website metatag; and

2. Engaging in false or misleading advertising or commercial activities likely to deceive consumers into believing that any Defendant is the Plaintiff or that any Defendant's services are associated or affiliated with, connected to, approved or sponsored by the Plaintiff;

/ / /
/ / /
/ / /
/ / /

-3-

1   **IT IS HEREBY FURTHER ORDERED THAT:**

2   A.   GoDaddy.com, Inc. (the domain name registrar for the domains associated with the
3   websites) and VeriSign, Inc. (the .com domain name registry) are hereby ordered to
4   immediately remove or disable the domain name server information for the domains attached
5   here as Exhibit A.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 14, 2021

-4-

**EXHIBIT A – DOMAINS TO DISABLE**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
CASE NO. 2:20-CV-00472-JCM-VCF

*LAS VEGAS SANDS CORP. V. XIAN SHENG CHEN, ET AL.*

| Infringing Domain | Registrant Email |
|---|---|
| w778800.com | 29883176@qq.com |
| w778811.com | 29883176@qq.com |
| w778822.com | 29883176@qq.com |
| w778833.com | 29883176@qq.com |
| w778844.com | 29883176@qq.com |
| w778855.com | 29883176@qq.com |
| w778866.com | 29883176@qq.com |
| w778877.com | 29883176@qq.com |
| tz.amjs78332.com | js2979ha@gmail.com |
| 11aa8331.com | baoma5350@gmail.com |
| 11bb8331.com | 11bb8331.com@domainsbyproxy.com |
| 11cc8331.com | 11cc8331.com@domainsbyproxy.com |
| 11dd8331.com | 11dd8331.com@domainsbyproxy.com |
| 11ee8331.com | 11ee8331.com@domainsbyproxy.com |
| 8332.com | 8332.com@domainsbyproxy.com |
| jj8js.com | js2018825@gmail.com |
| jj8.com | 978888118@qq.com |
| 3616a.com | xxy930808@gmail.com |
| 3616b.com | xxy930808@gmail.com |
| 3616c.com | xxy930808@gmail.com |
| 3616d.com | xxy930808@gmail.com |
| 3616e.com | xxy930808@gmail.com |
| 3616f.com | xxy930808@gmail.com |
| 3616g.com | xxy930808@gmail.com |
| 3616h.com | xxy930808@gmail.com |
| 3616j.com | xxy930808@gmail.com |
| 3616k.com | xxy930808@gmail.com |
| 3616l.com | xxy930808@gmail.com |
| 3616n.com | xxy930808@gmail.com |

113029778.1

| Infringing Domain | Registrant Email |
|---|---|
| 3616o.com | xxy930808@gmail.com |
| 3616p.com | xxy930808@gmail.com |
| 3616q.com | xxy930808@gmail.com |
| 3616r.com | xxy930808@gmail.com |
| 3616s.com | xxy930808@gmail.com |
| 3616t.com | xxy930808@gmail.com |
| 3616u.com | xxy930808@gmail.com |
| 3616v.com | xxy930808@gmail.com |
| 3616x.com | xxy930808@gmail.com |
| 3616y.com | xxy930808@gmail.com |
| 3616z.com | xxy930808@gmail.com |
| 9998900.com | xxy930808@gmail.com |
| 616201.com | xiaohuining@outlook.com |
| 1764.com | xiaohuining@outlook.com |
| 10050451.com | 10050451.com@domainsbyproxy.com |
| 10050452.com | 10050452.com@domainsbyproxy.com |
| 1005net-11uftrtyrsxcujuydfgzc voqgfkish.com | 1005net-11uftrtyrsxcujuydfgzcvoqgfkish.com@domainsbyproxy.com |
| 10050453.com | 10050453.com@domainsbyproxy.com |
| 1005cm-13sadfadssdxczfvadsfasdfasdcac.com | 1005cm-13sadfadssdxczfvadsfasdfasdcac.com@domainsbyproxy.com |
| 10050454.com | 10050454.com@domainsbyproxy.com |
| 10050455.com | 10050455.com@domainsbyproxy.com |
| 1005vip-13qwerfsxhggkbjloibjhgdcdaszrs.com | 1005vip-13qwerfsxhggkbjloibjhgdcdaszrs.com@domainsbyproxy.com |
| 10050456.com | 10050456.com@domainsbyproxy.com |
| 1005cm-1sadfadssdxczfvadsfasdfasdcac.com | 1005cm-1sadfadssdxczfvadsfasdfasdcac.com@domainsbyproxy.com |
| 10050457.com | 10050457.com@domainsbyproxy.com |
| 1005am-11qazxswedcvfrtgbnhyujmkiolpp.com | 1005am-11qazxswedcvfrtgbnhyujmkiolpp.com@domainsbyproxy.com |
| 10050458.com | 10050458.com@domainsbyproxy.com |

113029778.1

| Infringing Domain | Registrant Email |
|---|---|
| 1005vip-14qwerfsxhggkbjloibjhgdcdaszrs.com | 1005vip-14qwerfsxhggkbjloibjhgdcdaszrs.com@domainsbyproxy.com |
| 10050459.com | 10050459.com@domainsbyproxy.com |
| 1005j.com | 1005j.com@domainsbyproxy.com |
| 5009ss.com | 5009ss.com@domainsbyproxy.com |
| jsc6688.com | jsc6688.com@domainsbyproxy.com |

113029778.1